■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CHARLES BARNETT, Appellant. — Judgment, Supreme Court, Bronx County (Mazur, J.), rendered on August 25, 1980, unanimously affirmed. The case is remitted to the Supreme Court, Bronx County, for further proceedings pursuant to CPL 460.50 (subd 5). No opinion. Concur — Murphy, P. J., Kupferman, Sandler, Sullivan and Ross, JJ.

■ GOVERNMENT EMPLOYEES INSURANCE COMPANY, Appellant, v SUZANNE SILVERBERG, an Infant, by Her Father and Natural Guardian, IRWIN SILVERBERG, Respondent. — Judgment, Supreme Court, New York County (Egeth, J.), entered on November 9, 1981, unanimously affirmed, without costs and without disbursements. The appeal from the order of said court entered on October 29, 1981 is dismissed as being subsumed in the appeal from the judgment, without costs and without disbursements. No opinion. Concur — Murphy, P. J., Kupferman, Sandler, Sullivan and Ross, JJ.

■ DALE B. RIEDEL, Appellant, v S. MICHAEL NADEL, as Director of the Department of Personnel of the City of New York, et al., Respondents. — Order and judgment (one paper), Supreme Court, New York County (Blyn, J.), entered on September 14, 1981, unanimously affirmed for the reasons stated by Blyn, J., at Special Term, without costs and without disbursements. Concur — Sandler, J. P., Carro, Lupiano and Bloom, JJ.